IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA

v.

CASE NO.: CR509-21

FRANKLIN W. LEE

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

That portion of Defendant's Motion for Discovery requesting the exclusion of statements allegedly made in violation of Jackson-Denno is **DENIED**. The Government is entitled to use any statements Defendant made to law enforcement officials on June 24, 2009, prior to the invocation of his rights.

SO ORDERED, this 19th day of March, 2010.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)