**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

FRANKLIN W. LEE,                    )
                                    )
            Petitioner,             )          CIVIL ACTION NO.: CV511-081
                                    )
    v.                              )
                                    )
UNITED STATES OF AMERICA,           )          (Case No.:  CR509-21)
                                    )
            Respondent.             )

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Motion to Vacate Sentence, filed pursuant to 28 U.S.C. § 2255, and Motion for Sentence Modification are **DISMISSED**, without prejudice. The Motion The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED, this _30th_ day of _NOVEMBER_, 2011.

WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] According to the Georgia Department of Corrections website, Franklin W. Lee was paroled October, 2011. See http://www.dcor.state.ga.us/GDC/OffenderQuery/jsp/OffQryRedirector.jsp

AO 72A
(Rev. 8/82)